Christopher G. **WALKER**, Appellant,

v.

**STATE of Florida, Appellee.**

No. 2D16–1681.

District Court of Appeal of Florida, Second District.

Oct. 5, 2016.

Christopher G. Walker, pro se.

PER CURIAM.

Affirmed. *See Blackshear v. State*, 531 So.2d 956 (Fla.1988); *Walker v. State*, 178 So.3d 412 (Fla. 2d DCA 2015) (table deci-

sion); *Walker v. State,* 166 So.3d 784 (Fla. 2d DCA 2014) (table decision); *Walker v. State,* 61 So.3d 1128 (Fla. 2d DCA 2011) (table decision); *Walker v. State,* 44 So.3d 592 (Fla. 2d DCA 2010) (table decision); *Walker v. State,* 11 So.3d 365 (Fla. 2d DCA 2009) (table decision); *Walker v. State,* 988 So.2d 1104 (Fla. 2d DCA 2008) (table decision); *Walker v. State,* 976 So.2d 1114 (Fla. 2d DCA 2007) (table decision); *Walker v. State,* 861 So.2d 36 (Fla. 2d DCA 2003) (table decision); *Harris v. State,* 777 So.2d 994 (Fla. 2d DCA 2000).

NORTHCUTT, LaROSE, and SLEET, JJ., Concur.